IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES L. THOMAS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D14-2266

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed August 6, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Daren L. Shippy, Assistant Regional Conflict Counsel, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus or writ of prohibition is denied.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.